THE PEOPLE *ex rel.* Akin, Attorney General,

*v.*

JOSEPH KIPLEY *et al.*

*Announced orally at Springfield October 12, 1897.*

PRACTICE—*motion in Supreme Court must be supported by reasons.* A motion made in the Supreme Court, in *mandamus* proceedings, for leave to the respondent to withdraw his plea and to file an amended and a supplemental answer, must be denied, in the absence of reasons filed or showing made.

ORIGINAL petition for *mandamus.*

EDWARD C. AKIN, Attorney General, for the People.

CHARLES S. THORNTON, for the respondent Kipley.

Mr. JUSTICE CARTER announced the opinion of the court:

By this motion respondent Joseph Kipley asks, first, for leave to withdraw his plea; second, to file an amended answer; and third, to file a supplemental answer. Nothing more is before us than the bare motion. No showing has been made nor reasons filed in support of the motion, and we are unable to say whether the motion should be allowed or not, and it must therefore be overruled.

*Motion overruled.*